# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD HATTEN, | ) | |
|     Petitioner | ) | Civil Action No. 07-330 Erie |
| | ) | |
| v. | ) | District Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

## REPORT AND RECOMMENDATION

AND NOW, this 8th day of February, 2008, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has an average monthly balance of $ 33.29 in his account at the Federal Correctional Institution at Fairton, New Jersey, which sum far exceeds the $ 5.00 filing fee required to commence this action, and it further appearing that requiring the Petitioner to pay the filing fee will not deprive him of any necessities of life at the prison,

It is recommended that leave to proceed in forma pauperis be denied.

Petitioner shall have ten (10) days from the date of service in which to file written objections to this Report and Recommendation. Failure to file timely objections may constitute a waiver of any appellate rights.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge

cc: Chad Hatten  # 16720-179
     FCI Fairton
     P.O. Box 420
     Fairton, NJ  08320